**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:09-CR-29 JCM (LRL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| KRISTEN HACHMYER, | |
| Defendant(s). | |

Presently before the court is the government's motion to unseal the case. (Doc. #19). Defendant has not filed a response in opposition. The government seeks to unseal the case because: "[t]he reasons for sealing the case no longer exist." (Doc. #19). The court therefore finds that it is appropriate to unseal the record in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to unseal the record as to all filings in this case (doc. #19) be, and the same hereby, is GRANTED.

DATED April 14, 2016.

_____
UNITED STATES DISTRICT JUDGE