UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
APR 3 0 2018
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:09-CR-0029-JCM-LRL |
| vs. | ) |
| KRISTEN HACHMYER | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#16), sentencing held on July 21, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FDIC PAYMENTS (formerly IndyMac Bank)
Amount of Restitution: $157,500.00

**Total Amount of Restitution ordered: $157,500.00**

Dated this _____ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE